David C. Wakefield, Esq.    Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com
Attorney for Plaintiffs

Julie Ritchie, Esq. (SBN 273484)
Yaron Shaham, Esq. (SBN 217192)
KAHANA & FELD LLP
2603 Main Street, Suite 900
Irvine, CA 92614
Tel: (949) 812-4781
Fax: (949) 245-7597
jritchie@kahanafeld.com
yshaham@kahanafeld.com
Attorneys for Defendant Hidden Lake Associates, L.P.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>v.<br><br>**HIDDEN LAKE ASSOCIATES, L.P.; AND DOES 1 THROUGH 10, Inclusive**<br><br>Defendants. | **Case#:  3:23-cv-02348-W-BGS**<br><br>**JOINT NOTICE OF SETTLEMENT OF CASE IN ITS ENTIRETY** |

Plaintiffs UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; and JAMES LEE, An Individual; and Defendant HIDDEN LAKE ASSOCIATES, L.P., herein jointly provide notice that the parties have settled this case in its entirety.  The parties anticipate finalizing a written settlement agreement document that memorializes the parties' settlement, and shall thereafter file a dismissal with prejudice of the case in its entirety. The parties anticipate they shall need approximately 30 days to complete the dispositional documents and file a dismissal with the court.

Dated: 2/17/2024                **Lightning Law, APC**


By: /S/_*David C. Wakefield*__
                      David C. Wakefield, Esq.
                      Attorney for Plaintiffs


Dated:  2/17/2024                **KAHANA & FELD LLP**


By: /S/__*Julie Ritchie*_____
                      Julie Ritchie, Esq.
                      Yaron Shaham, Esq.
                      Attorney for Defendant

///

///

///

///

///

**Case No,: 3:23-cv-02348-W-BGS**
**Joint Notice Of Settlement**

2

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: 2/17/2024                    **Lightning Law, APC**

                         By:    /S/ __David C. Wakefield____
                                David C. Wakefield, Esq.
                                Attorney for Plaintiffs

///

///

///

///

///

///

///

///

///

///

///

///

**Case No,: 3:23-cv-02348-W-BGS**
**Joint Notice Of Settlement**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

On 02-18-2024, I served the document described below on all interested parties in the attached service list by the method indicated below:

**JOINT NOTICE OF SETTLEMENT OF CASE IN ITS ENTIRETY**

_____ **BY MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

_____ **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by _____

_____ **VIA FACSIMILE –** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

**XXX__BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(s) indicated.

_____ **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express. They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**Case No,: 3:23-cv-02348-W-BGS**
**Joint Notice Of Settlement**

_____ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX**    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

At San Diego, California.

/s/ _David C. Wakefield_____
David C. Wakefield

## SERVICE LIST

Julie Ritchie, Esq.
Yaron Shaham, Esq.
KAHANA & FELD LLP
2603 Main Street, Suite 900
Irvine, CA 92614
Tel: (949) 812-4781
Fax: (949) 245-7597
jritchie@kahanafeld.com
yshaham@kahanafeld.com
Attorneys for Defendant Hidden Lake Associates, L.P.

Case No,: 3:23-cv-02348-W-BGS
**Joint Notice Of Settlement**

5