UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; JAMES LEE,<br><br>                              Plaintiffs,<br>v.<br>HIDDEN LAKE ASSOCIATES, L.P., et al.,<br><br>                              Defendants. | Case No.: 23-cv-02348-W-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 8]** |

Pending before the Court is a joint motion to dismiss with prejudice under FED. R. CIV. P. 41(a)(1)-(2) filed by Plaintiff United African-Asian Abilities Club; Plaintiff James Lee; and Defendant Hidden Lake Associates, L.P. (collectively, the "Parties"). ([Doc. 8], "Joint Motion".) Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**. The Parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 4, 2024

_____
Hon. Thomas J. Whelan
United States District Judge